**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Chantel Fuller

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTEL FULLER, ) | 1:06-cv-01710 AWI SMS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due July 28, 2007, and is therefore requesting additional time in which to file her opening brief until August 28, 2007.

Dated: July __27__, 2007         /S/ ROBERT ISHIKAWA
                                 _____
                                 ROBERT ISHIKAWA
                                 Attorney for Plaintiff, CHANTEL FULLER

Dated: June __27__, 2007         /S/ ELIZABETH FIRER
                                 _____
                                 ELIZABETH FIRER
                                 Assistant Regional Counsel

IT IS SO ORDERED.

Dated: 8/3/2007

                                  /s/ Sandra M. Snyder
                                 _____
                                 THE HONORABLE SANDRA M. SNYDER
                                 United States Magistrate Judge