**ROBERT ISHIKAWA - 90621**
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Chantel Fuller

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTEL FULLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:06-CV-01710 AWI SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which was due September 28, 2007, and is therefore requesting additional time in which to file her opening brief until October 28, 2007.

Dated: September  28 , 2007         /S/ ROBERT ISHIKAWA
                                    _____
                                    ROBERT ISHIKAWA
                                    Attorney for Plaintiff, CHANTEL FULLER

Dated: October   1 , 2007           /S/ PETER THOMPSON
                                    _____
                                    PETER THOMPSON
                                    Assistant Regional Counsel

IT IS SO ORDERED.

Dated: 10/5/2007

                                     /s/ Sandra M. Snyder
                                    _____
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge

1