**ROBERT ISHIKAWA - 90621**
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Chantel Fuller

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTEL FULLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | 1:06-cv-01710 AWI SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which was due October 28, 2007, and is therefore requesting additional time in which to file her opening brief until November 28, 2007. It is believed good cause exists for such extension as set forth in the declaration of Thomas V. Miles filed herewith.

Dated: October  26 , 2007         /S/ ROBERT ISHIKAWA
                                   _____
                                   ROBERT ISHIKAWA
                                   Attorney for Plaintiff, CHANTEL FULLER

Dated: October   26 , 2007        /S/ PETER THOMPSON
                                   _____
                                   PETER THOMPSON
                                   Assistant Regional Counsel

GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated: 11/5/2007
                                    /s/ Sandar M. Snyder
                                   _____
                                   THE HONORABLE SANDRA M. SNYDER
                                   United States Magistrate Judge

1